FILED

DEC 27 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

Attachment 1 - Civil Complaint

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
___Midland___ DIVISION

___Jor'dea-Drael: Patterson___
(Enter your full name)
         Plaintiff(s)

CASE NUMBER: ___7:23-cv-00209___
(Supplied by Clerk's Office)

_____

(Enter full name of each Defendant)
         Defendant(s)

## COMPLAINT

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

By: _Jor'dea-Drael: Patterson_, Agent
Signature
Name (Typed or Printed)
Address
Telephone Number

27

Rev. Ed. October 26, 2017

Receipt #758

# COMPLAINT

### 1. NAME AND ADDRESS OF PLANTIFF

Jor'dea-Drael: Patterson

Secured Party Creditor

P.O. Box 491

Uvalde, Texas 78802

### 2. NAME AND ADDRESS(ES) OF DEFENDANT(S)

Office Of the Attorney General Child Support Division

Donna Howarton, Jessica Magnus, Chris Cromwell, Amber Ortiz, Estela Castillo, Veronica Taverez,

6005 Eastridge Rd # 200

Odessa, Texas 79762

### 3. JURISDICTION PLEA

This is an Administrative Procedures Act (APA)it is a federal statute in the United States, and it falls under federal administrative law. It sets forth the procedures that federal administrative agencies must follow when promulgating regulations and adjudicating certain matters. The APA provides a framework for judicial review of agency actions and aims to ensure fairness, transparency, and accountability in the administrative process at the federal level.

### 4. ALLEGATIONS

42 U.S.C. § 3617 Coercion:  18 U.S.C. Chapter 47 Fraud: 17 U.S.C. § 501 Infringement of Copyright: 15 U.S.C. § 1692e False or misleading representations: 18 U.S.C. § 33 Malfeasance in office : 18 U.S.C. § 641 Embezzlement and theft : 18 U.S.C. § 371 Conspiracy to commit fraud :  18 U.S.C 1918 Violations of Oaths of Office .

**RELIEF REQUESTED**

For the injuries to me, the human and the human beneficiary, the Trustees and their principals are indebted to me for Two- hundred thirty seven million two hundred-forty thousand and no cents (237,240,000.00) Dollars in the money of account of the United States of America, Constitution for the United States of America, Article 1 Section 10, wherein it states, "No State shall... make any Thing but gold and silver Coin a Tender in Payment of Debts." If the money of account is not available and/or you have no gold and silver Coin then I will "receive without prejudice" Federal Reserve Notes, a Bank-draft, or the like in lieu of the gold and silver Coin for the SUM CERTAIN.

By: _Jor'dea-Drael: Patterson_, Agent

Jor'dea-Drael: Patterson, Secured Party Creditor

P.O. Box 491

Uvalde, Texas 78802

318-230-4636/ email: jordea.p@yahoo.com

On the 27th day of December, 2023 A.D.