**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **JOR'DEA-DRAEL PATTERSON,**<br>    *Plaintiff,*<br><br>**v.**<br><br>**OFFICE OF THE ATTORNEY**<br>**GENERAL CHILD SUPPORT**<br>**DIVISION, DONNA HOWARTON,**<br>**JESSICA MAGNUS, CHRIS**<br>**CROMWELL, AMBER ORTIZ,**<br>**ESTELA CASTILLO, and**<br>**VERONICA TAVEREZ,**<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **MO:23-CV-00209-DC** |

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Before the Court is the report and recommendation[1] from United States Magistrate Judge Ronald C. Griffin concerning Defendants' motion to dismiss.[2] Under 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Griffin issued his report and recommendation on June 25, 2024. As of the date of this order, no party has filed objections to the report and recommendation.

Under 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo

---

[1] ECF No. 21.
[2] ECF No. 8.

review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error.[3]

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge[4] is **ADOPTED**. Defendants' motion to dismiss[5] is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is also **ORDERED** that any other pending motions be **DENIED AS MOOT**.

The Clerk of the Court is **ORDERED** to **CLOSE** the case.

It is so **ORDERED**.

SIGNED this 17th day of July, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[3] *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

[4] ECF No. 21.

[5] ECF No. 8.