IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JOR'DEA-DRAEL PATTERSON;<br>    *Plaintiff,*<br><br>v.<br><br>OFFICE OF THE ATTORNEY<br>GENERAL CHILD SUPPORT<br>DIVISION, DONNA HOWARTON,<br>JESSICA MAGNUS, CHRIS<br>CROMWELL, AMBER ORTIZ,<br>ESTELA CASTILLO, and<br>VERONICA TAVEREZ,<br>    *Defendants.* | §§§§§§§§§§§§§ | MO:23-CV-00209-DC |

## FINAL JUDGMENT

In accordance with the Court's Order,[1] Defendants' motion to dismiss is granted. Because nothing remains in this case to resolve, the Court renders final judgment under Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Defendants' motion to dismiss[2] is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is also **ORDERED** that any other pending motions be **DENIED AS MOOT**.

The Clerk of the Court is **ORDERED** to **CLOSE** the case.

The Court also **DIRECTS** the Clerk of the Court to send a copy of this final judgment to Jor'dea-Drael Patterson via certified mail, return receipt requested to P.O. Box

---

[1] ECF No. 22.
[2] ECF No. 8.

491, Uvalde, Texas 78802. The Court further **DIRECTS** the Clerk of the Court to file the return receipt.

It is so **ORDERED**.

SIGNED this 17th day of July, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

2